# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIJAH SCOTT,<br>　　　　　Petitioner,<br><br>　　v.<br><br>SUPERINTENDENT GINA CLARK,<br>THE DISTRICT ATTORNEY OF THE<br>COUNTY OF PHILADELPHIA, and<br>THE ATTORNEY GENERAL OF THE<br>STATE OF PENNSYLVANIA,<br>　　　　　Respondents. | CIVIL ACTION<br><br><br><br>NO. 23-219 |

## O R D E R

**AND NOW**, this 7th day of October, 2025, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Scott W. Reid, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for a writ of habeas corpus is **DENIED**; there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Kelley B. Hodge
_____
HODGE, KELLEY B., J.